HAROLD A. BLAKE, Respondent, v. SUN PRINTING A PUBLISHING ASSOCIATION, Appellant.— Interlocutory judgment affirm with costs, with leave to the defendant to plead over within twenty daypon payment of the costs of the demurrer and of this appeal. All concul.

GARFIELD REAL ESTATE COMPANY, Appellant, v. IDA FINESE, Respondent.— Judgment and order affirmed, with costs. All concul.

E. W. EDWARDS & SON, Respondent, v. PACIFIC COAST UALTY COMPANY, Appellant.— Judgment affirmed, with costs. All corred.

In the Matter of the Estate of JACOB ALLMANN, Deced. JOSEPH EISENHAUER, as Executor, etc., Appellant; JOSEPH ALLMAand Others, Respondents.— Decree so far as appealed from affirmed, ₁ costs. All concurred, except Foote, J., and De Angelis, J., who dissed.

GIUSEPPE QUARATIELLI and Another, Respondents, v. AIONY SILEO, Appellant.— Judgment and orders reversed, with costs, ₂ complaint dismissed, with costs. Held, that inasmuch as the title the disputed land passed to the defendant's predecessors by a continuous,en, adverse possession for upwards of twenty years, the plaintiff cannotaintain the action. (*Baker* v. *Oakwood*, 123 N. Y. 16; *Barnes* v. *Light*, 116 34; *Knapp* v. *City of New York*, 140 App. Div. 289.) All concurred.

ELMER P. LAKE, Respondent, v. HARRISVILLE ELECTRILIGHT AND POWER COMPANY, Appellant.— Judgment affirmed, with co All concurred; Hubbs, J., not sitting.

NELLIE I. MCBURNEY, as Administratrix, etc., of WALTER A cBURNEY, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILRO COMPANY, Appellant.— Judgment and order affirmed, with costs. All ncurred.

ABRAHAM RYNVELD and Another, Respondents, v. FREDERICK EBELING, Appellant.— Judgment modified by deducting therefrom the suof twenty-three dollars and eighty-six cents, and, as so modified, affird, without costs of this appeal to either party. All concurred.

GREAT EASTERN CASUALTY COMPANY, Appellant, v. GEORGE. TAYLQR, as President of the AMERICAN EXPRESS COMPANY, a Joint Stocssociation, and HARRY SCHWIND, Respondents.— Judgment of County Crt reversed and judgment of Municipal Court affirmed, with costs in the nty Court and in this court to the plaintiff. Held, that, under the doche of *Sweet* v. *Perkins* (196 N. Y. 484) and kindred cases, the evidence iufficient to warrant a finding that the negligence of the driver of the eress wagon was an efficient proximate cause of the breaking of the dow. All concurred.

ARNOLD POCHER, Appellant, v. MEYER ASHENBERG and Anot, Respondents, Impleaded with Others.— Judgment and order affirmewith costs. All concurred.

THE CAREY COMPANY, INC., Respondent, v. WILLIAM F. FEON, Appellant.— Judgment affirmed, with costs. All concurred.

HARRIS SPEVAK, Respondent, v. EDWARD MCMAHON, ppellant.— Judgment and order affirmed, with costs. All concurred; Hbs, J., not sitting.

JOHN A. DONOVAN, as Administrator, etc., of WARREN 1 DONOVAN,